1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8          )     Case #2:24-cv-00674 _____

9    Vladlen Mosin          )
                            )
                            )
10          Plaintiff(s),   )   **VERIFIED PETITION FOR**
                            )   **PERMISSION TO PRACTICE**
                            )   **IN THIS CASE ONLY BY**
11    vs.                   )   **ATTORNEY NOT ADMITTED**
                            )   **TO THE BAR OF THIS COURT**
12   Alejandro Mayorkas, et al )   **AND DESIGNATION OF**
                            )   **LOCAL COUNSEL**
13                          )
         Defendant(s).      )
14    _____ )   FILING FEE IS $250.00

15

16    _____Tamunotonte Fenny_____, Petitioner, respectfully represents to the Court:
              (name of petitioner)

17
         1.    That Petitioner is an attorney at law and a member of the law firm of
18
                            Jeelani Law Firm PLC
19    _____
                                 (firm name)

20   with offices at _____3501 W Algonquin Rd Suite 200_____,
                                   (street address)

21    _____Rolling Meadows_____, _____Illinois_____, ___60008___,
              (city)                      (state)           (zip code)

22

23    _____(312) 767-9030_____, _____tonte@jeelani-law.com_____.
      (area code + telephone number)        (Email address)

24
         2.    That Petitioner has been retained personally or as a member of the law firm by
25
              _____Vladlen Mosin_____ to provide legal representation in connection with
26              [client(s)]

27   the above-entitled case now pending before this Court.

28                                                          Rev. 5/16

3.      That since _____July 14, 2021_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____New Jersey_____
                                                                                      (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Federal District Court of New Jersey | August 10, 2023 | 386892021 |
| Supreme Court of Alabama | April 16, 2021 | 9795G00N |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give

particulars if ever denied admission):

| None |
| |

7.      That Petitioner is a member of good standing in the following Bar Associations.

| New Jersey Bar Association<br>State Bar of Alabama |
| |

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

(formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court<br>Administrative Body<br>or Arbitrator | Was Application<br>Granted or<br>Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of

the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to

practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                    _____
                                                                            Petitioner's signature

5    STATE OF _____Virginia_____            )

6    COUNTY OF __Prince William, Virginia__   )

7    ___Tamunotonte Fenny___ , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                    _____
                                                                            Petitioner's signature

10   Subscribed and sworn to before me this

11   ___7th___ day of _____May_____ , ___2024___ .

12                                                                   Azeen Azeem

13   _____ Electronic Notary Public                           REGISTRATION NUMBER
                                                                         7966620
     _____                                 COMMISSION EXPIRES
            Notary Public or Clerk of Court                           April 30, 2025

14   Notarized remotely online using communication technology via Proof.

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____David Riggi_____ ,

19                                                                    (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23   _____7900 Sahara Ave. Suite 100_____ ,
                          (street address)

24   ___Las Vegas___ , ___Nevada___ , ___89117___ ,
           (city)              (state)           (zip code)

25

26   ___(702) 463-7777___ , ___riggilaw@gmail.com___ .
     (area code + telephone number)        (Email address)

27

28                                      4                           Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us ·

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ _____ David Riggi _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name

_____
(party's signature)

VLADLEN Mosin
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*David Riggi*
Designated Resident Nevada Counsel's signature

NV Bar 4727          Riggilaw@gmail.com
Bar number                Email address

APPROVED:

Dated: November 18, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Tamunotonte Battle-Ax Fenny**

(No. **386892021** ) was constituted and appointed an Attorney at Law of New Jersey on **July 14, 2021** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 19th day of July , 2024 .

Clerk of the Supreme Court

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, MELISSA E. RHOADS, Clerk of the United States District
Court for the District of New Jersey, do hereby certify that:

## Tamunotonte Fenny

was duly admitted to practice in said Court as August 10, 2023 and is in
good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: July 16, 2024



MELISSA E. RHOADS, CLERK

By: _Bria Ketchledge_

Bria Ketchledge,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Special Membership

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

*I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that* **Tamunotonte Battle-Ax Fenny** *has been duly admitted to the Bar on this State on April 16, 2021.*

*I further certify that said* **Tamunotonte Battle-Ax Fenny** *is presently a member in good standing of the Alabama State Bar, having met all dues requirements for the year ending September 30, 2024, and are subject to the restrictions set forth in Sections 34-3-17 and 34-3-18. Code of Alabama (1975).*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on this the July 25, 2024.*



Terri B. Lovell, Secretary

