Karen S. Monrreal, Esq.
Nevada Bar No. [14406 ]
Law Offices of Karen S. Monrreal
601 S. Arlington Avenue
Reno, Nevada 89509
(775) 826-2380
karen@monrreallaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VLADLEN MOSIN,

Plaintiff,

v.

MARKWAYNE MULLIN, in his official capacity, Secretary, U.S. Department of Homeland Security;

JOSEPH B. EDLOW, in his official capacity, Director, U.S. Citizenship and Immigration Services;

TED H. KIM, in his official capacity, Associate Director of Refugee, Asylum and International Operations, U.S. Citizenship and Immigration Services;

TODD BLANCHE, Acting Attorney General, Office of Attorney General, U.S. Department of Justice,

Defendants.

Case No. 2:24-cv-00674

---

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE LOCAL/RESIDENT COUNSEL AND TO DESIGNATE RESIDENT COUNSEL SUPPORTING PRO HAC VICE ADMISSION PURSUANT TO LR IA 11-6(c) AND LR IA 11-2(d)**

Plaintiff Vladlen Mosin ("Plaintiff"), by and through the undersigned counsel, and outgoing local counsel David Riggi, Esq., and incoming local counsel Karen S. Monrreal, Esq., hereby stipulate and agree as follows:

1. On July 22, 2026, Plaintiff filed a Motion to Substitute Counsel (ECF No. 40), seeking to substitute Karen S. Monrreal, Esq. of the Law Offices of Karen S. Monrreal for David Riggi, Esq. of Riggi Law Firm as local counsel of record for Plaintiff in this action.

2. On August 24, 2026, the Court (Hon. Maximiliano D. Couvillier, III, United States Magistrate Judge) entered a minute order denying the Motion to Substitute Counsel (ECF No. 40) without prejudice, and directing that counsel file a stipulation pursuant to LR IA 11-6(c), with the signatures of all appropriate parties, and further providing that Karen S. Monrreal, Esq. also substitute as resident counsel supporting the pro hac vice admission of Tamunotonte Fenny, Esq. pursuant to LR IA 11-2(d).

3. The parties and undersigned counsel now submit this stipulation in compliance with the Court's August 24, 2026 minute order.

**IT IS HEREBY STIPULATED AND AGREED that:**

A. David Riggi, Esq. of Riggi Law Firm withdraws as local and resident counsel of record for Plaintiff in this action;

B. Karen S. Monrreal, Esq. of the Law Offices of Karen S. Monrreal is substituted as local and resident counsel of record for Plaintiff in place of David Riggi, Esq.;

C. Karen S. Monrreal, Esq. further substitutes for David Riggi, Esq. as the resident counsel supporting the pro hac vice admission of Tamunotonte Fenny, Esq. pursuant to LR IA 11-2(d), and confirms that she has authority to sign binding stipulations on this matter in that capacity;

D. Plaintiff has been informed of, and consents to, the foregoing substitution and designation;

E. The foregoing substitution and designation will not delay discovery, any hearing, or the trial of this action, and no such delay is sought by this stipulation; and

F. Pursuant to LR IA 11-6(c), the signature of Karen S. Monrreal, Esq. below constitutes an express acceptance of all dates then set for pretrial proceedings, trial, or hearings, by the discovery plan or any order of this Court.

**IT IS SO STIPULATED.**

DATED this 26 day of October, 2026.

**PLAINTIFF:**

Vladlen Mosin

**WITHDRAWING LOCAL COUNSEL:**

David Riggi

David Riggi, Esq.

Nevada Bar No. 4727

RIGGI LAW FIRM

5550 Painted Mirage Rd., Ste 320

Las Vegas, NV 89149

Phone: (702) 463-7777

Fax: (888) 306-7157

Email: riggilaw@gmail.com

**INCOMING LOCAL AND RESIDENT COUNSEL:**

_______________________________

Karen S. Monrreal, Esq.
Nevada Bar No. 14406
LAW OFFICES OF KAREN S. MONRREAL
601 S. Arlington Avenue
Reno, Nevada 89509
Phone: (775) 826-2380
Email: karen@monrreallaw.com

**PRO HAC VICE COUNSEL (consenting to redesignation of resident counsel under LR IA 11-2(d)):**

_______________________________

Tamunotonte Fenny, Esq.
HYKEL LAW, LLC
101 W. Elm Street, Suite 625
Conshohocken, PA 19428
Email: tonte@hykellaw.com
p) 215-246-9400

IT IS SO ORDERED: The foregoing substitution of local and resident counsel is GRANTED.

UNITED STATES MAGISTRATE JUDGE

DATED: 10-28-26